# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

TAMMY CARTER,

                Plaintiff,

v.                                                          CIVIL ACTION NO.   3:20-0672

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

                Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's request for judgment on the pleadings (ECF No. 16); grant Defendant's request to affirm the decision of the Commissioner (ECF No 19); and dismiss this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's request for judgment on the pleadings (ECF No. 16); **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No 19); and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:       October 21, 2021

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE